Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000451
30-APR-2014
09:58 AM

NO. CAAP-14-0000451

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE SAMUEL R. HURWITZ
REVOCABLE LIVING TRUST DATED DECEMBER 19, 2011

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 12-1-0132)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULE 11(b)(2) AND (c)(2)
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On February 21, 2014, Defendant-Appellant Nina Savino (Appellant), pro se, filed a notice of appeal;

(2) On March 18, 2014, the Clerk of the Circuit Court of the First Circuit notified Appellant that the filing fees had not been paid and Appellant had not requested a fee waiver;

(3) On April 11, 2014, the appellate clerk notified Appellant that the filing and docketing fees had not been paid, the record on appeal cannot be prepared unless the fees are paid or the court enters an order allowing Appellant to proceed on appeal in forma pauperis, see Hawai'i Rules of Appellate

Procedure Rule 11(b)(2) and (c)(2), and the matter would be referred to the court on April 21, 2014, for appropriate action, which may include dismissal; and

(4) Thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  April 30, 2014.


Presiding Judge


Associate Judge


Associate Judge